IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY LONDO,<br><br>            Plaintiff,<br><br>    vs.<br><br>RICHARD HAIK, Federal Judge; CURTIS SIGUR, Judge; ROYAL COLBERT, Judge; PHIL HANEY, District Attorney; BOFILL DUHE, District Attorney; ROBERT UINES, District Attorney; BERNARD BOUDREAUX, District Attorney; JOHN BEL EDWARDS, Governor; JEFF LANDRY, Louisiana Attorney General; SHAWN JUMONVILLE, RYAN ARMENTOV, LONNIE DUGAS, MICHEAL BADEAUX, and SCOTT SKINNER, of Ibevia Pavish Sheriff Office,<br><br>            Defendants. | 8:21CV421<br><br>MEMORANDUM<br>AND ORDER |

    On November 2, 2021, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

    IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

    DATED this 10th day of December, 2021.

                                                                      BY THE COURT:

                                                                      *Richard G. Kopf*<br>
                                                                      Richard G. Kopf<br>
                                                                      Senior United States District Judge